■ In the Matter of ANTHONY B., Respondent, v PRISCILLA B., Appellant. [931 NYS2d 497]—

The court's decision was not an improvident exercise of discretion (*see e.g. Matter of Hissam v Mancini*, 80 AD3d 802, 803 [2011], *lv dismissed and denied* 16 NY3d 870 [2011]). Even though the court did not explicitly discuss all the factors listed in Domestic Relations Law § 76-f (2), the record is sufficient to permit us to consider them (*see e.g. Matter of Sutton v Sutton*, 74 AD3d 1838, 1839 [2010]).

We note that a decision regarding inconvenient forum depends on the specific issue(s) to be decided in the pending litigation (*see Matter of Jenkins v Jenkins*, 9 AD3d 633, 636 [2004], *lvs dismissed* 5 NY3d 881 [2005], 6 NY3d 751 [2005]; *see also* Domestic Relations Law § 76-f [2] [f]-[h]), and should there be changed circumstances in the future, the mother will not be precluded from arguing that New Jersey is a more appropriate forum (*see* Domestic Relations Law § 76-f [1] [court "may decline to exercise its jurisdiction *at any time*" (emphasis added)]). Concur—Tom, J.P., Saxe, Moskowitz, DeGrasse and Abdus-Salaam, JJ.